IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00276-RPM-CBS

CHRISTINE VAZQUEZ,

    Plaintiff,

v.

HUNTER and ASSOCIATES,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismisal [28], filed on September 9, 2010, it is

ORDERED that this action is dismissed with prejudice.

DATED: September 10th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge